United States District Court
Southern District of Texas
**ENTERED**
December 19, 2025
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| JOHANNIS HOLLEMAN, | § | |
| *Petitioner*, | § | |
| | § | |
| v. | § | Civil No. 4:25-cv-05751 |
| | § | |
| PAMELA BONDI, *et al.*, | § | |
| *Respondents*. | § | |

## ORDER

Before the Court are Petitioner's Amended Petition for Writ of Habeas Corpus (ECF 9) and Respondents' Motion to Dismiss or, alternatively, for Summary Judgment (ECF 14). On December 19, 2025, the Court held a hearing and heard arguments of parties. The Court has determined that Petitioner is entitled to release on bond due to serious medical conditions that cannot be adequately treated while he is detained. The lack of treatment of Petitioner's medical conditions constitutes a violation of the Due Process Clause of the Fifth Amendment, for which the only remedy is release.

Therefore, Petitioner's Petition for Writ of Habeas Corpus is GRANTED IN PART and Respondents' Motion to Dismiss is DENIED. Habeas relief is granted in the form of release on a $2,000 bond. As discussed during the hearing, parties are instructed to confer regarding the procedure for posting bond. It is hereby ORDERED that Petitioner be released by close of business today, December 19, 2025, provided that he post the $2,000 bond.

Petitioner is permitted to return to Phoenix, Arizona, to see his doctors. However, Petitioner must attend all hearings in his removal proceeding.

IT IS SO ORDERED.

Signed at Houston, Texas on December 19, 2025.

Keith P. Ellison
United States District Judge