Case 4:25-cv-05751   Document 18   Filed on 12/20/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
December 20, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHANNIS HOLLEMAN, | § | |
| *Petitioner*, | § | |
| | § | |
| v. | § | Civil No. 4:25-cv-05751 |
| | § | |
| PAMELA BONDI, *et al.*, | § | |
| *Respondents*. | § | |

### ORDER

On Friday, December 19, 2025, this Court ordered Petitioner's release on bond. ECF No. 17. Petitioner's counsel has informed the Court that the bond payment has been posted, but it has not yet been fully processed because it is the weekend. Petitioner's counsel has further informed the Court that Petitioner remains in ICE custody and was hospitalized at some point on Friday, December 19. The Government is unopposed to a modification of the Court's Order removing the bond condition.

Therefore, the Court has determined that immediate release is appropriate. It is hereby ORDERED that Petitioner be immediately released from ICE custody.

Signed at Houston, Texas on December 20, 2025.

Keith P. Ellison
United States District Judge